NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUN 15 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| Anthony NOVELLINO, | |
| Plaintiff, | Civil No. 10-4542 (AET) |
| v. | **ORDER** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS MOUNTAINVIEW YOUTH CORRECTIONAL FACILITY, SCO R. STOCKER, SCO S. WEISEL, SCO P. ALVARADO, and John DOES 1-10, | |
| Defendants. | |

THOMPSON, U.S.D.J.

This matter coming before the Court on the Report & Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni [docket # 26] that Plaintiff's Complaint be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute; and the parties having been advised that they may file an objection to the Report & Recommendation within 14 days of being served pursuant to Fed.R.Civ.P. 72(b)(2); and no objections having been filed; and it appearing to the Court, reviewing the disposition de novo, that the Report & Recommendation of Judge Bongiovanni is well founded in law and supported by the record; and for good cause shown;

IT IS, on this 15 day of June, 2012,

ORDERED that the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni [docket # 26] is hereby ADOPTED in its entirety; and it is further

ORDERED that the Complaint is hereby DISMISSED.

ANNE E. THOMPSON, U.S.D.J.